Widmer
vs
Bayler

13-CV-23

## Motion To Set Hearing

I Michael Widmer plaintiff pro se, in the above captioned case, move for an immediate status hearing. I have filed 2 motions for recruitment of counsel in which no hearings have been set. I have attempted to communicate with defendants counsel, unsuccessfully. I am incurring further injury by the defendants continued bad acts against me and from his co workers and his son. I requested a transfer and was denied (See attached)

Respectfully,

**FILED**

MAY 20 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Michael L Widmer B30985
K75 10930 Lawrence Road
Sumner Il 62466

To: All Illinois State Senators and Representatives
From: IDOC Inmate Michael L Widmer B-30985
Date: May 3rd, 2013
Re: Illinois Department Of Corrections - Malfeasance/Mismanagement

Dear Sir of Madam,

    I respectfully request you review the attached TIMELINE and exhibits in relation to my treatment since entering into IDOC 14 months ago. I am serving a 5 year sentence for "INTIMIDATION" from Ford County Illinois, for sending a text message to a neighbor. I stated that if she turned me into the police for driving my company truck home, that I would report her to DCFS after I watched her beat her handicapped child.

    Upon entering the IDOC, I quickly learned that employees abuse and mistreat prisoners on a daily basis. When I attempted to report my observations, I was retaliated against at all levels. I'm not a person to shy away and at 47 years old, I refused to remain silent. Over the past 14 months, I have filed dozens of requests thru the Freedom Of Information Act, requesting public records from IDOC. I have attached a copy of some of these requests and the response of IDOC in blatantly lying about having most records which I requested. Even after appealing to the Public Access Bureau of the Illinois Attorney General, the IDOC responded to P.A.C. the same. (See Attached)

    After being denied any relief from the IDOC director, Mr Godinez and his deputy directors, I began filing lawsuits in state and federal courts. At this time I have 7 cases pending against IDOC and 2 cases in state court. I am currently being held in a very corrupt facility (Lawrence Correctional Center) in Sumner Illinois. I am due to return to society in 8-14 months, am serving time for a non-violent offense, have a very good disciplinary record and IDOC refuses to transfer me to an adult transition center. IDOC employees encourage me to file lawsuits. Their is no rehabilitation in IDOC, actually I watch young men who probably could be rehabilitated, be abused and tortured until they cant tolerate the abuse and react in an aggressive manner. Here at Lawrence we are locked in our cells for approximately 22 hours per day. I ask that you make an inquiry as to just how many lawsuits the IDOC has filed against it's employees and investigate the true and accurate recidivism rate for offenders. The IDOC is an over crowded failure just waiting to explode in violence. Please resond to me, if you find merit to any of the court orders, letters or other documents I've enclosed. I have a family and 3 sons that I need to be supporting instead of filing dozens of lawsuits monthly on behalf of myself and other inmates.

cc interested party
   governor
   media affilliate
   IDOC

Subscribed and Sworn to Before me this 3rd Day of May, 2013

OFFICIAL SEAL
KATHY D MUSGRAVE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/22/15

Notary Public

Respectfully Submitted,

Michael Widmer
Michael Widmer B-30985
K-75 10930 Lawrence Road
Sumner Il. 62466



**Illinois
Department of
Corrections**

**Pat Quinn**
Governor

**S.A. Godinez**
Director

Lawrence Correctional Center / 10940 Lawrence Rd. / Sumner, IL 62466 / Telephone: (618) 936-2064 / TDD: (800) 526-0844

DATE: May 2, 2013

TO: B30985 WIDMER, MICHAEL L.   2 B M  LAW-R4-BL-03

FROM: Clinical Services Department

SUBJECT: TRANSFER DENIAL

You were recently submitted for transfer to __Jacksonville CC__. We have been advised by the Transfer Coordinator that you were denied transfer to that facility for the following reason(s), which are circled below:

1. Threat to Institutional Security
2. Escape Risk Designation
3. Additional Observation Needed
4. Time to MSR/Max Release Date
5. Additional Information
6. Felony/Immigration Warrants
7. Serious Nature of Offense
8. Nature of Offense
9. Overall Positive Adjustment
10. Overall Negative Adjustment
11. Recent Positive Adjustment
12. Recent Negative Adjustment
13. Past Failure in Reduced Security
14. Prev Neg Adj at Req Facility
15. Critical Mental Health Needs
16. Critical Medical Needs
17. Substance Abuse
18. Proximity to Inmate's Needs
19. PC/Safekeeping
20. Criminal History
21. Insufficient Reason for Transfer
22. **Bedspace Needs** (circled)
23. Appropriately Placed
24. Transfer Reasons Cited on Page 1
25. Other_____
26. Inmate Request Withdrawn
27. Denied CCC/Review ED

If you are interested in filing a grievance relative to this denial, please direct your correspondence to:
Administrative Review Board
Attention: Coordinator of Inmate Issues
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

CC: Masterfile