## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL WIDMER,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.   13-23-SCW |
| **BAYLER,** | ) |
| Defendant(s). | ) |

### JUDGMENT IN A CIVIL CASE

Defendant Bayler was granted summary judgment on April 30, 2015 by an Order entered by U.S. Magistrate Judge Stephen C. Williams (Doc. 59).

**THEREFORE,** judgment is entered in favor of Defendants **BAYLER** and against Plaintiff **MICHAEL WIDMER.**

Plaintiff shall take nothing from this action.

**DATED** this 30th day of April 2015

**JUSTINE FLANAGAN, ACTING CLERK**

BY: s/ Angela Vehlewald
Deputy Clerk

Approved by      s/ Stephen C. Williams
**United States Magistrate Judge
Stephen C. Williams**